UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MILTON HARRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE METROPOLITAN GOVERNMENT OF )<br>NASHVILLE AND DAVIDSON COUNTY, )<br>et al., )<br>)<br>Defendants. ) | No. 3:04-0762<br>JUDGE ECHOLS |

### ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, Defendants' Motion to Dismiss Retaliation Claim Under 42 U.S.C. § 1981 (Docket Entry No. 59) is hereby DENIED.

This case is hereby returned to the Magistrate Judge for further proceedings consistent with Local Rule 11. All deadlines previously established remain in full force and effect.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE